UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LESLIE GUY WILSON, | | |
| | Plaintiff, | CASE NO. C18-1107-TSZ-MAT |
| v. | | |
| TIM JANSON, *et al.*, | | REPORT AND RECOMMENDATION |
| | Defendants. | |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff is currently confined at the Maleng Regional Justice Center (RJC) in Kent, Washington. He submitted his civil rights complaint to the Court for filing on July 27, 2018. (Dkt. 1.) After being advised that his submission was deficient because he had not met the filing fee requirement, plaintiff submitted an application to proceed with this action *in forma pauperis*. (*See* Dkts. 2, 4.) Plaintiff indicates in his *in forma pauperis* application that he receives periodic income in the form of Native money and has money in his inmate account to pay the $400 filing fee, but that he doesn't know how to get the money to the Court.[1] (*See* Dkts. 4, 4-2.) Plaintiff asks the Court to contact the RJC and

---

[1] Plaintiff's jail account statement confirms that he receives periodic deposits of tribal funds and that he has sufficient funds in his account to pay the filing fee. (*See* Dkt. 4-3.)

REPORT AND RECOMMENDATION
PAGE - 1

request that the money be transferred. (*See id.*)  However, the Court is unable to simply direct that funds be transferred out of plaintiff's inmate account for purposes of paying the filing fee.  The onus is on plaintiff to ask the RCJ to transfer funds to the Court if that is how he wishes to proceed.

As it appears clear from the record that plaintiff has sufficient funds to pay the $400 filing fee required in a civil rights action, this Court recommends that plaintiff's application to proceed *in forma pauperis* (Dkt. 4) be DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within ***thirty (30) days*** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 14, 2018**.

DATED this 22nd day of August, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2