# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LESLIE GUY WILSON, | |
| Plaintiff, | CASE NO. C18-1107-TSZ |
| v. | |
| TIM JANSON, *et al.*, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 5, to which no objection was timely filed, hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED as follows.

(2) Plaintiff's application to proceed *in forma pauperis*, docket no. 4, is DENIED. Plaintiff is DIRECTED to pay the full filing fee of $400 within ***thirty (30) days*** of the date of this Order.

(3) The Clerk may file the complaint only upon receipt of the filing fee. If no filing fee is timely paid, the Clerk shall close this case.

(4) The Clerk is DIRECTED to send copies of this Order to plaintiff pro se and to the Honorable Mary Alice Theiler.

DATED this 17th day of October, 2018.

Thomas S. Zilly
United States District Judge

ORDER DENYING APPLICATION TO
TO PROCEED *IN FORMA PAUPERIS* - 2